

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00436-CR

Rodrigo **GARZA-DE-LA-CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRE000344-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The reporter's record was originally due on November 28, 2018. On November 30, 2018, the clerk of this court notified David J. Laurel that he is the court reporter responsible for timely filing the reporter's record in this appeal and that the reporter's record is late. The clerk explained that if the reporter's record has not been filed because (1) the appellant has failed to pay or make arrangements to pay the reporter's fee and (2) the appellant is not entitled to appeal without paying the fee, the court reporter must file a notification of late record stating such fact within ten days. Otherwise, the court reporter must file the reporter's record within thirty days, on December 31, 2018.

The reporter's record has not been filed. Nor has the court reporter filed a notification of late record.

We, therefore, ORDER the court reporter to file the reporter's record on or before **February 15, 2019.** If the reporter's record is not received by such date, an order may be issued directing the court reporter to appear and show cause why he should not be held in contempt for failing to file the record.

_Irene Rios, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court